

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00487-CV

| | | |
|---|---|---|
| Steven Douglas Pedro, M.D. | § | From the 141st District Court |
| | § | of Tarrant County (141-282808-15) |
| v. | § | September 28, 2017 |
| Sherrie R. Lake | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse the order denying Appellant Steven Douglas Pedro, M.D.'s motion to dismiss, and we render judgment dismissing the health care liability claim with prejudice. We remand the case to the trial court for it to assess the statutory award to Dr. Pedro of his reasonable attorney's fees and the court costs that he incurred.

It is further ordered that Appellee Sherrie R. Lake shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
      Justice Bonnie Sudderth